DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HORACE CAMPBELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1041

_____

November 19, 2025

Appeal from the Circuit Court for Hillsborough County, Kimberly K. Fernandez, Judge.

Olivia M. Goodman of O'Brien Hatfield, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.